UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YANIRA SANTIAGO, et al

v.                                                              CASE NUMBER: 98-1493 (DRD)

FORD MOTOR COMPANY, et al

## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/03/2000  **Docket Nos.** 23  [X] **Plff**  [ ] **Deft**  [ ] **Other**  **Title:** VOLUNTARY DISMISSAL UNDER FRCVP RULE 41(A)(1) | **APPROVED**  The court hereby approves the plaintiffs' motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1). Pursuant to the motion, the court hereby dismisses all claims by Plaintiffs against Defendants **with prejudice** and without the imposition of costs, expenses or attorneys' fees.  IT IS SO ORDERED. |

Date: February 10, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

RECEIVED AND FILED
00 FEB 11 AM 7:49
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

N:\98-1493 vol