UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

YANIRA SANTIAGO, et al

v.                                                                                              CASE NUMBER: 98-1493 (DRD)

FORD MOTOR COMPANY, et al

## JUDGMENT

| MOTION | RULING |
|---|---|
| **Date Filed:** 2/03/2000 **Docket Nos.** 23 [X] Plff [] Deft [ ] Other  **Title:** VOLUNTARY DISMISSAL UNDER FRCVP 41(A)(1) | For the reasons set forth in the Order of this same date, Plaintiff's Complaint is dismissed with prejudice. |

*signature*

DANIEL R. DOMINGUEZ
U.S. District Judge

Date: February 10, 2000

RECEIVED AND FILED 00 FEB 11 AM 7:50 U.S. CLERK'S OFFICE DISTRICT COURT SAN JUAN, P.R.

N:\98-1493.vol